✎AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

CALVIN ANDRUS,

Plaintiff,

V.

CITY OF CINCINNATI POLICE DEPARTMENT, et al.,

Defendant.

**JUDGMENT IN A CIVIL CASE**

Case Number: 1:24-cv-00572

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

...Defendants' Motion for Summary Judgment (Doc. 47) is GRANTED as to Counts I through VI. Count VII is DISMISSED without prejudice for lack of subject-matter jurisdiction.

10/15/2026

Date

RICHARD W. NAGEL, CLERK

Clerk

(By) Deputy Clerk